832 A.2d 315

TOWNSHIP OF TEANECK, APPELLANT–APPELLANT, v. TEANECK FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION, LOCAL NO. 42, RESPONDENT–RESPONDENT.

Argued September 8, 2003—Decided October 1, 2003.

*Jeffrey M. Daitz,* argued the cause for appellant (*Peckar & Abramson,* attorneys; *Mr. Daitz, David Lew* and *Elana Ben Dov,* on the briefs).

*David I. Fox,* argued the cause for respondent Teaneck Firemen's Mutual Benevolent Association, Local No. 42 (*Fox & Fox,* attorneys; *Mr. Fox* and *Gregory A. Busch,* of counsel and on the brief).

*Robert E. Anderson,* General Counsel, argued the cause for respondent New Jersey Public Employment Relations Commission (*Mr. Anderson,* attorney; *Susan E. Galante,* Deputy General Counsel, on the brief).

*Bruce H. Nagel, Livingston,* argued the cause for *amicus curiae,* New Jersey State Firemen's Mutual Benevolent Association (*Nagel, Rice, Dreifuss & Mazie,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Collester's opinion of the Appellate Division, reported at 353 *N.J.Super.* 289, 802 *A.*2d 569 (2002).

*For affirming*—Chief Justice PORITZ and Justices LONG, VERNIERO, LaVECCHIA, ZAZZALI, ALBIN and WALLACE—7.

*Opposed*—None.